Lydia R. Buchman and Mae K. Tempel, complainants-respondents,

*v.*

Emmett V. B. Smith, individually, defendant-appellant.

[Submitted May 20th, 1947.   Decided September 12th, 1947.]

392

Mr. *Richard H. Cashion,* for the complainants-respondents.

Mr. *Milton T. Lasher,* for the defendant-appellant.

Per Curiam.

The decree appealed from will be affirmed, for the reasons expressed in the opinion of Vice-Chancellor Bigelow, filed in the Court of Chancery.

*For affirmance*—The Chief-Justice, Bodine, Donges, Heher, Colie, Wachenfeld, Eastwood, Burling, Wells, Dill, Freund, McGeehan, McLean, JJ. 13.

*For reversal*—None.